AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Ticor Title Insurance Company | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-0775 |
| Title Assurance & Indemnity Corporation of North America, LLC, et. al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: CharterOne
1 12th and Superior, 1215 Superior, Cleveland, Ohio 44114

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: Derek E. Diaz, Esq.<br>200 Public Square, Ste 2800<br>Cleveland, Ohio 44114 | Date and Time:<br>2009<br>07/06/~~2008~~ 4:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 06/18/2009

CLERK OF COURT

OR _/s/ Derek E. Diaz_

*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Plaintiff Ticor Title Insurance Company** , who issues or requests this subpoena, are:
Derek E. Diaz, Esq., 200 Public Square, Ste 2800, Cleveland, Ohio 44114, ddiaz@hahnlaw.com, (216) 621-0150

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No. 09-0775

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Charter One
was received by me on *(date)* 6/19/09.

☐ I personally served the subpoena on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the subpoena to *(name of individual)* Debbie Morroco, who is designated by law to accept service of process on behalf of *(name of organization)* Charter One
on *(date)* 6/19/09 ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/22/09

Timothy D. Shaver
*Server's signature*

Timothy D. Shaver, Process Server
*Printed name and title*

55 Public Square, Ste. 1225
Cleveland, Ohio 44113
*Server's address*

Additional information regarding attempted service, etc: