MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 6/23/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv00775 |
| Court Reporter: | None |

TICOR TITLE INSURANCE CO.      )
                               )
    Plaintiff,                )
                               )
vs.                            )
                               )
TITLE ASSURANCE & INDEMNITY    )
CORPORATION OF NORTH           )
AMERICA, LLC, ET AL.,          )
                               )
    Defendants.               )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 55 min.                         *s/     Gwen Mackey*
                                                             Courtroom Deputy Clerk