Default entered against Title Assurance & Indemnity Corporation of North America, LLC.

GERI M. SMITH, CLERK

By:  s/  Gwen Mackey

Deputy Clerk
6/25/10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| TICOR TITLE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 1:09-cv-0775-JG |
| | § | |
| v. | § | |
| | § | JUDGE GWIN |
| TITLE ASSURANCE & INDEMNITY | § | MAGISTRATE GALLAS |
| CORPORATION OF NORTH AMERICA, | § | |
| LLC, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(A)**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Ticor

Title Insurance Company ("Ticor") requests that the Clerk of the Court enter the default

of Defendant Title Assurance & Indemnity Corporation of North America, LLC ("Title

Assurance").  As set forth more fully in the Declaration of Sara A. Stahley, attached

hereto as Exhibit A, Title Assurance has failed to appear, plead, or otherwise defend in a

timely fashion as required under the Federal Rules of Civil Procedure, despite service of

the summons and complaint in this case.

A proposed Entry of Default is attached as Exhibit B.

WHEREFORE, Ticor requests that the Clerk of Court enter the default of Title

Assurance.