UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------
                                            :
TICOR TITLE INSURANCE CO.,                  :
                                            :          CASE NO. 1:09-cv-775
              Plaintiff,                    :
                                            :
vs.                                         :          OPINION & ORDER
                                            :          [Resolving Doc. No. 130]
TITLE ASSURANCE & INDEMNITY                 :
CORP., LLC, *et al.*,                       :
                                            :
              Defendants.                   :
                                            :
-----------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        In this breach of contract and fraud case, Third-Party Defendants Wells Fargo Bank, N.A.

and Option One Mortgage move the Court to sever Third-Party Plaintiff Randy Pittman's

counterclaim and Option One's cross-claim from the remainder of the case.

        Because Wells Fargo and Option One have not demonstrated sufficient reasons to sever the

claims, the Court **DENIES** Wells Fargo's and Option One's joint motion to sever.  If, however,

Wells Fargo or Option One identify depositions they were unable to participate in and move the

Court for leave, the Court will consider opening discovery for that purpose.

        IT IS SO ORDERED.


Dated: September 13, 2010                    *s/    James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE


-1-